IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PERIMETER MALL, LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO. |
| | ) 1:21-cv-02091-SCJ |
| vs. | ) |
| | ) |
| RETAILING ENTERPRISES, LLC, d/b/a INVICTA | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that Perimeter Mall, LLC ("Plaintiff") is a Delaware limited liability corporation and is indirectly owned by Brookfield Property REIT Inc. Brookfield Property REIT Inc is a publicly-traded company and a subsidiary of Brookfield Property Partners L.P., also a publicly-held company.

(2) The undersigned further certifies that Plaintiff has members that include other limited liability corporations, limited partnerships, persons, and other non-publicly traded corporations, none of which are required to be disclosed herein and none of which have either a financial interest or other interest which could be substantially affected by the outcome of this particular case

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- Luke Kill, Andre Kill & McCarthy, LLP; and

- Jason Morris, Carlton Fields.

Respectfully submitted this 15th day of June, 2021.

/s/ Luke A. Kill
Luke A. Kill
Georgia Bar No. 457555
Attorney for Plaintiff

**Andre Kill & McCarthy, LLP**
244 Roswell Street
Suite 1000
Marietta, Georgia 30060
(404) 653-3005 (Direct)
(404) 653-0338 (Facsimile)
lkill@ablaw.net

## **LOCAL RULE 7.1(D) CERTIFICATION**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared with Times New Roman, 14-point font.

/s/ Luke A. Kill

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PERIMETER MALL, LLC, | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION FILE NO.<br>) 1:21-cv-02091-SCJ<br>) |
| vs. | )<br>)<br>) |
| RETAILING ENTERPRISES,<br>LLC, d/b/a INVICTA | )<br>)<br>) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 15th day of June, 2021, I served a true and correct copy of the foregoing document via the CM/ECF system, via electronic mail, and by depositing a copy into the United States mail, with sufficient postage affixed thereto, to counsel of record, addressed as follows:

Jason A. Morris<br>
Carlton Fields, P.A.<br>
1201 West Peachtree Street, Suite 3000<br>
Atlanta, Georgia 30309-3455

/s/ Luke A. Kill
Luke A. Kill
Georgia Bar No. 457555
Attorney for Plaintiff

4

**Andre Kill & McCarthy, LLP**
244 Roswell Street
Suite 1000
Marietta, Georgia 30060
(404) 653-3005 (Direct)
(404) 653-0338 (Facsimile)
lkill@ablaw.net